1
2
3
4
5
6
7



8
9
10

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　vs.<br>Lloyd J. Crawford,<br><br>　　　　　　Defendant. | Case No. ED 09-209M<br><br>ORDER OF DETENTION AFTER HEARING [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. § 3143 (a)] |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Southern Dist. of CA**, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1 (a)(6) and 18 U.S.C. § 3143 (a),

　　　The Court finds that:

A.　(✓)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142 (b) or (c). This finding is based on **- Unknown ties to community · Unknown bail resources**

1 • PRIOR VIOLATION OF SUPERVISED RELEASE
2 • MULTIPLE PERSONAL IDENTIFIERS
3 and/or
4 B.   (✓)  The defendant has not met his/her burden of establishing by clear and
5 convincing evidence that he/she is not likely to pose a danger to the safety of any
6 other person or the community if released under 18 U.S.C. § 3142 (b) or (c).  This
7 finding is based on:
8 • PRESENT ALLEGATIONS
9 • PRIOR CRIMINAL HISTORY.
10
11
12    IT THEREFORE IS ORDERED that the defendant be detained pending the
13 further revocation proceedings.
14
15 DATED: 9·30·09
16
17
18
19                        DAVID T. BRISTOW
                         UNITED STATES MAGISTRATE JUDGE